NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HILL-ROM SERVICES, INC.,**
*Appellant*

**v.**

**STRYKER CORPORATION,**
*Appellee*

---

2015-1295

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,053.

---

**JUDGMENT**

---

GARRET A. LEACH, Kirkland & Ellis LLP, Chicago, IL, argued for appellant. Also represented by PAUL DANIEL BOND, BRIAN VERBUS.

ROBERT ANTHONY SURRETTE, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellee. Also represented by MERLE SYLVESTER ELLIOTT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, PLAGER, and BRYSON, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 October 14, 2015        /s/ Daniel E. O'Toole

Date        Daniel E. O'Toole

Clerk of Court